# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| PINDER POINTER NICHOLSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:11-1102 |
| | ) | Judge Trauger |
| KRISTI WOODRUFF, MANDY HILTON, and | ) | Magistrate Judge Griffin |
| MICHAEL GARRETT, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

On April 10, 2012, the Magistrate Judge issued a Report and Recommendation (Docket No. 11), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED** pursuant to 28 U.S.C. § 1915(e) for failure to state an arguable legal claim. Any appeal taken from this ruling would not be in good faith pursuant to 28 U.S.C. § 1915(a)(3).

It is so **ORDERED**.

ENTER this 5th day of June 2012.

_____
ALETA A. TRAUGER
U.S. District Judge